**Harold D. GLASSMAN, Petitioner,**

v.

**DEPARTMENT OF LABOR,**
**Respondent.**

No. 2007–3005.

United States Court of Appeals,
Federal Circuit.

March 20, 2008.

ON MOTION

*ORDER*

Upon consideration of Petitioner's motion to withdraw his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

**Edward P. MENDIOLA, Petitioner,**

v.

**OFFICE OF PERSONNEL**
**MANAGEMENT,**
**Respondent.**

No. 2008–3014.

United States Court of Appeals,
Federal Circuit.

March 20, 2008.

Edward P. Mendiola, pro se.

*ORDER*

Edward P. Mendiola has complied with the court order of February 25, 2008.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's November 21, 2007 order of dismissal and the mandate are, vacated and recalled, and the petition for review is reinstated.

(2) The respondent should compute the due date for the filing its brief from the date of filing of this order.